# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ericksen, Joan N. | 2. Court or Organization<br><br>U.S. District Count - Minnesota | 3. Date of Report<br><br>05/10/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

12W United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Federal Bar Association, Minnesota Chapter |
| 2. | Committee Member | NCBE, Multistate Bar Drafting Committee |
| 3. | Board of Directors | Friends of the Children Foundation |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Minnesota State Judge Retirement Plan - Former Employer - No Control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. May 2014 | NCBE | $3,500.00 |
| 2. Nov 2014 | NCBE | $3,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ACI Patent Conference | March 23-25, 2014 | Chicago, IL | Speaker | Transportation, Meals, Lodging |
| 2. | FBA National Council Mid-Year Meeting | March 28-29, 2014 | Arlington, VA | President, MN Chapter of FBA | Transportation, Meals, Lodging |
| 3. | NCBE | May 23-26, 2014 | San Francisco, CA | Evidence Drafting Committee | Transportation, Meals, Lodging |
| 4. | Defense Research Institute (DRI) | July 16-19, 2014 | Chicago, IL | Speaker re: Appellate Advocacy | Transportation, Meals, Lodging |
| 5. | The American Antitrust Institute | August 13-16, 2014 | Palo Alto, CA | Judges' Seminar | Transportation, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/10/2015 |

| 6. | NCBE | November 21-24, 2014 | Napa, CA | Evidence Drafting Committee | Transportation, Meals, Lodging |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Minnesota State Retirement System - Judges' Retirement Plan | A | Int./Div. | N | T | | | | | |
| 2. Fidelity Adv 529 Plan Portfolio 2019C (no control) | A | Int./Div. | K | T | | | | | |
| 3. Ameriprise Money Market | A | Interest | K | T | | | | | |
| 4. Columbia Acorn International (LAIAX) | A | Int./Div. | K | T | | | | | |
| 5. Columbia Acorn International (LAIAX) | | | | | Buy | 06/12/14 | K | | |
| 6. Columbia Acorn International (LAIAX) | | | | | Buy (add'l) | 06/12/14 | J | | |
| 7. Columbia Acorn International (LAIAX) | | | | | Buy (add'l) | 07/14/14 | J | | |
| 8. Columbia Acorn International (LAIAX) | | | | | Buy (add'l) | 08/12/14 | J | | |
| 9. Columbia Acorn International (LAIAX) | | | | | Buy (add'l) | 09/12/14 | J | | |
| 10. Columbia Acorn International (LAIAX) | | | | | Buy (add'l) | 10/13/14 | J | | |
| 11. Columbia Acorn International (LAIAX) | | | | | Buy (add'l) | 11/12/14 | J | | |
| 12. Columbia Acorn International (LAIAX) | | | | | Sold (part) | 11/20/14 | K | | |
| 13. Columbia Floating Rate Bond Fund (RFRAX) | B | Int./Div. | K | T | | | | | |
| 14. Columbia Floating Rate Bond Fund (RFRAX) | | | | | Buy | 06/12/14 | K | | |
| 15. Columbia Floating Rate Bond Fund (RFRAX) | | | | | Sold | 06/12/14 | K | A | |
| 16. Columbia Floating Rate Bond Fund (RFRAX) | | | | | Sold | 06/12/14 | K | A | |
| 17. Columbia Floating Rate Bond Fund (RFRAX) | | | | | Sold (part) | 10/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Credit Suisse Commodity Return Strategy (CRSAX) | A | None | K | T | | | | | |
| 19. Eagle Small Cap Growth (HRSCX) | A | None | K | T | | | | | |
| 20. Eagle Small Cap Growth (HRSCX) | | | | | Buy | 06/12/14 | J | | |
| 21. Eagle Small Cap Growth (HRSCX) | | | | | Buy (add'l) | 07/14/14 | J | | |
| 22. Eagle Small Cap Growth (HRSCX) | | | | | Buy (add'l) | 08/12/14 | J | | |
| 23. Eagle Small Cap Growth (HRSCX) | | | | | Buy (add'l) | 09/12/14 | J | | |
| 24. Eagle Small Cap Growth (HRSCX) | | | | | Buy (add'l) | 10/13/14 | J | | |
| 25. Eagle Small Cap Growth (HRSCX) | | | | | Buy (add'l) | 11/12/14 | J | | |
| 26. Invesco Global Real Estate (AGREX) | A | Dividend | K | T | | | | | |
| 27. Merger Fund (MERFX) | B | Dividend | M | T | | | | | |
| 28. Merger Fund (MERFX) | | | | | Buy | 06/12/14 | M | | |
| 29. Merger Fund (MERFX) | | | | | Sold | 06/12/14 | K | A | |
| 30. Merger Fund (MERFX) | | | | | Sold | 06/12/14 | L | B | |
| 31. Oppenheimer International Bond A (OIBAX) | A | Int./Div. | K | T | | | | | |
| 32. Oppenheimer International Bond A (OIBAX) | | | | | Sold | 06/12/14 | L | | |
| 33. Oppenheimer International Bond A (OIBAX) | | | | | Buy | 11/20/14 | K | | |
| 34. Oppenheimer Developing Markets A (ODMAX) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer SteelPath MLP Select 40 (MLPFX) | B | Dividend | K | | | | | | |
| 36. Pimco Foreign Bond (PFUAX) | B | Dividend | K | T | | | | | |
| 37. Pimco Foreign Bond (PFUAX) | | | | | Buy | 06/12/14 | L | | |
| 38. Pimco Foreign Bond (PFUAX) | | | | | Sold (part) | 10/17/14 | J | | |
| 39. Prudential Global Real Estate (PURAX) | A | Dividend | J | T | | | | | |
| 40. Prudential Global Real Estate (PURAX) | | | | | Buy | 06/12/14 | J | | |
| 41. Schwab International Equity ETF (SCHF) | B | Dividend | K | T | | | | | |
| 42. Schwab International Equity ETF (SCHF) | | | | | Buy | 11/20/14 | K | | |
| 43. Undiscovered Managers Behavioral Value (UBVAX) | A | Int./Div. | K | T | | | | | |
| 44. Undiscovered Managers Behavioral Value (UBVAX) | | | | | Buy | 06/12/14 | K | | |
| 45. Undiscovered Managers Behavioral Value (UBVAX) | | | | | Buy (add'l) | 06/12/14 | K | | |
| 46. Undiscovered Managers Behavioral Value (UBVAX) | | | | | Sold | 11/20/14 | K | A | |
| 47. Vanguard FTSE Developed Markets ETF (VEA) | B | Int./Div. | L | T | | | | | |
| 48. Vanguard FTSE Developed Markets ETF (VEA) | | | | | Buy | 06/12/14 | J | | |
| 49. Vanguard FTSE Developed Markets ETF (VEA) | | | | | Buy (add'l) | 07/09/14 | L | | |
| 50. Vanguard FTSE Developed Markets ETF (VEA) | | | | | Buy (add'l) | 10/17/14 | J | | |
| 51. Vanguard FTSE Developed Markets ETF (VEA) | | | | | Sold (part) | 11/20/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Mid-Cap Value ETF (VOE) | A | Int./Div. | K | T | | | | | |
| 53. Vanguard Mid-Cap Value ETF (VOE) | | | | | Buy | 06/12/14 | K | | |
| 54. Vanguard Mid-Cap Growth ETF (VOT) | A | Int./Div. | J | T | | | | | |
| 55. Vanguard Mid-Cap Growth ETF (VOT) | | | | | Buy | 06/12/14 | J | | |
| 56. Vanguard Mid-Cap Growth ETF (VOT) | | | | | Buy (add'l) | 10/17/14 | J | | |
| 57. Vanguard Mid-Cap Growth ETF (VOT) | | | | | Sold | 11/20/14 | K | B | |
| 58. Vanguard Growth ETF (VUG) | B | Dividend | L | T | | | | | |
| 59. Vanguard Growth ETF (VUG) | | | | | Buy | 06/12/14 | L | | |
| 60. Vanguard Value ETF (VTV) | B | Int./Div. | L | T | | | | | |
| 61. Vanguard Value ETF (VTV) | | | | | Buy | 06/12/14 | L | | |
| 62. Wells Fargo Short Term High Yield (SSTHX) | C | Int./Div. | L | T | | | | | |
| 63. Wells Fargo Short Term High Yield (SSTHX) | | | | | Buy | 06/12/14 | L | | |
| 64. Wells Fargo Short Term High Yield (SSTHX) | | | | | Sold | 06/12/14 | L | A | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note: Mutual fund PNVAX was sold in 2013. Total position less than $7,000. Realized gains less than $1,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/10/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan N. Ericksen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544